In Re: Richard Spivey, Debtor

Case No.: 19-06691-JJG-13

In reference to previously filed Motion to Withdraw as Attorney filed by Richard P. Batesky on February 14, 2022 under docket no. 45.

# Batesky Law Office
## ATTORNEY AT LAW

Richard P. Batesky, Jr.
Attorney at Law

Sharon F. Dove
Paralegal

February 15, 2022

Richard Spivey
2025 Bell Road
Morgantown, IN 46160

*VIA CERTIFIED MAIL*

RE: Bankruptcy of Spivey
Case No.: 19-06691-JJG-13

Dear Mr. Spivey:

Due to a breakdown in attorney-client communication, please be advised that I have filed with the bankruptcy court my Motion to Withdraw Appearance as your attorney in the above matter. The court will be entering that order simultaneously. Therefore, it will be necessary for you to seek other representation in your bankruptcy case.

Presently, there aren't any pending issues before the court.

Sincerely yours,

Richard P. Batesky, Jr.

RPB/sfd

Helping people injured personally or financially

22 E. Washington St. Suite #210•
rpbatesky@aol.com•
Indianapolis, Indiana 46204•
www.bateskylaw.com•
317-638-3471• 1-800-822-2039 Toll Free•
317-638-2524 Fax

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)           $ .55
☐ Return Receipt (electronic)          $ 
☐ Certified Mail Restricted Delivery   $ 3.75
☐ Adult Signature Required             $ 3.05
☐ Adult Signature Restricted Delivery  $

Postmark Here

Postage
$

Total Postage and Fees
$ 7.33

Sent To Richard Spivey
Street and Apt. No., or PO Box No. 2025 Bell Road
City, State, ZIP+4® Morgantown IN 46160

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7019 1120 0001 0246 9597